**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Alphonzo WILSON, Defendant—Appellant.**

No. 03–7392.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 19, 2003.

Decided Dec. 5, 2003.

Alphonzo Wilson, Appellant pro se.

Felice McConnell Corpening, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Alphonzo Wilson appeals the district court's order denying his motion for modification of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Wilson,* No. CR–99–33 (E.D.N.C. Aug. 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*